**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

U.S. DI~
DISTRIC~              ~URT
                     ~RADO

2023 JAN.    ~ 11: 40

JEFFRE~    ~ELL

BY_____    ~ CLK

Civil Action No.  _____
(To be supplied by the court)

Michelle McMillan , Plaintiff

v.

Brow Acquisitions LLC / Xclusive Cannabis.

**Jury Trial requested:**
**(please check one)**
✓ Yes ___ No

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**COMPLAINT**

---

| **NOTICE** |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Michelle McMillan  2820 W.116th Place #207 Westminster, CO 80234
(Name and complete mailing address)

303-902-6316  mickey0411@hotmail.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  Brow Acquisitions/Xclusive Cannabis  9462 Federal Blvd Federal Heights, CO
(Name and complete mailing address)                                                    80260

720-738-4201
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## ·C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

✓    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Equal Enjoyment: § 24-34-601(2)(a)     and

Retaliation: § 24-34-601(2.5)

Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>See attached</u>

Supporting facts:

The Letter of Determination from the CCRD is also attached.

4

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I'm requesting the statutory maximum of financial relief and I'm requesting that the Court orders the Defendant allows exemptions during any future "mandate" situation.

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

___1/11/2023_____
(Date)

(Revised February 2022)

5

## D. STATEMENT OF CLAIMS

### Xclusive Cannabis Discrimination Details
### (12/29/2021)

On 12/29/2021 I went into Xclusive Cannabis Dispensary(for the second time because my first time was on Monday, 12/27/2021), showed my ID to the guy and sat down to wait for my name to be called. When the lady called my name, I walked into the next room, and immediately was asked if I had a "real mask" and I said no, but I will pull this scarf up so that I can get what I need quickly. (I was there for a special deal that was not available online). She kept repeating that I needed a "real mask" because "it's the law" and then she asked the guy at the check in desk what to do and he told me the same thing, and I said that I was exempt and that I wanted the accommodation of wearing a scarf so that I could get what I needed and I reminded them that I was there on Monday and nobody said anything to me. A "manager" came out from an office and told me that they "don't recognize" exemptions and I told them that it was illegal and that I was protected under the Americans Disability Act and if they don't serve me then I was filing a charge of discrimination. They said "do whatever paperwork you need to do, we aren't serving you and we're calling the cops." I told them to go ahead and call the cops and that I would be back with the Notice of Discrimination Affidavit. I went home, got the form and went back. When I went back inside, the same guy at the front(who wouldn't tell me his name) kept going back and forth to the office to tell me what the "manager" was saying but I demanded that she come and tell me herself and sign the form, so she came out and I recorded her and she wouldn't tell me her name, except that it was "Erica" and she wouldn't sign the form. I asked the guy at the front desk to sign the form as a witness and he said, "No, I didn't deny you service, I have no part of this." So I told him to let me in then, and tell me the name of the owner and he said, "We're a private business, I don't have to tell you anything" and other nonsense, and eventually said the name "Washington Charles." I kept waiting for the manager to come back and she eventually did and then said, "the cops are on their way" and I said, "Okay, good, they will make you give me your name then." I waited 15 minutes in the parking lot and the cops never came so I left because I had an appointment.



**COLORADO**
Department of
Regulatory Agencies
Colorado Civil Rights Division

## LETTER OF DETERMINATION

| | |
|---|---|
| CCRD Complaint No.: | P2200014521x |
| COMPLAINANT: | Michelle McMillan |
| RESPONDENT: | Brow Acquisitions Federal Heights, LLC d/b/a Xclusive Cannabis |

## I.  DETERMINATION

Under the authority vested in me by C.R.S. 24-34-306(2), I conclude from our investigation that there is **insufficient evidence** to support the Complainant's claims of discrimination and/or retaliation. As such, a **No Probable Cause** determination is hereby issued.

The Respondent is a place of public accommodation within the meaning of C.R.S. § 24-34-601(1), as re-enacted, and the timeliness and all other jurisdictional requirements pursuant to Title 24, Article 34, Parts 3 and 6 have been met.

## II.  REASON FOR DETERMINATION

### Equal Enjoyment: § 24-34-601(2)(a)

To prevail on a claim of discriminatory denial of the full and equal enjoyment of goods, services, benefits or privileges of a place of public accommodation, the evidence must show:

| Established? | | |
|:---:|:---:|---|
| **YES** | **NO** | |
| ● | | The Complainant is a member of a protected class. |
| ● | | The Respondent is a place of public accommodation. |
| ● | | The Complainant sought goods, services, benefits or privileges from the Respondent. |

| | | |
|---|---|---|
| ● | | The Respondent provides the goods, services, benefits or privileges sought by the Complainant to other persons |
| ● | | The Respondent refused to provide the goods, services, benefits or privileges sought by the Complainant. |
| | ● | The circumstances give rise to an inference of unlawful discrimination based on a protected class. |

**Retaliation: § 24-34-601(2.5)**

To prevail on a claim of discriminatory retaliation, the evidence must show:

Established?
YES        NO

| | | |
|---|---|---|
| ● | | The Complainant or a group engaged in protected activity by either opposing unlawful discrimination or participating in an investigation of discrimination; |
| ● | | The Complainant or a group was subjected to adverse treatment that would dissuade a reasonable person from engaging in protected activity. |
| | ● | There is a causal connection between the protected activity and the adverse treatment. |

## III.    APPEAL AND DISMISSAL INFORMATION

In accordance with C.R.S. 24-34-306(2)(b)(I)(A) and Rule 10.6(A)(1) of the Commission's Rules of Practice and Procedure, the Complainant may appeal the dismissal of this claim to the Commission within ten (10) days, as set forth in the enclosed form.

If the Complainant wishes to file a civil action in a district court in this state, which action is based on the alleged discriminatory or unfair practice that was the subject of the charge filed with the Division, such must be done:

a.    Within ninety (90) days of the mailing of this notice if no appeal is filed with the Colorado Civil Rights Commission; or

b.    Within ninety (90) days of the mailing of the final notice of the Commission dismissing the appeal.

If the Complainant does not file an action within the time limits specified above, such action will be barred and no State District Court shall have jurisdiction to hear such action.  C.R.S. § 24-34-306(2)(b)(I)(C).

On Behalf of the Colorado Civil Rights Division

_Sarah R Lyons_

Aubrey Elenis, Director
Or Authorized Designee

October 31, 2022

Date

# CERTIFICATE OF E-MAILING

This is to certify that on **November 1, 2022** a true and exact copy of the Closing Action of the below-referenced charge was *e-mailed* addressed to the parties and/or representatives listed below.

CCRD Case Number:
**P2200014521x**

mickey0411@hotmail.com

jean@jesglegal.com



**COLORADO**
**Department of**
**Regulatory Agencies**
Colorado Civil Rights Division

David L. Martinez
**Division of Civil Rights**
1560 Broadway, Suite 825
Denver, CO 80202
www.dora.state.co.us